IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL E. POLK,

      Plaintiff,                        No. CIV S-07-0575 ALA P

    vs.

PLACER COUNTY SHERIFF, et al.,

      Defendants.                 <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        On July 27, 2007, findings and recommendations were signed by Judge Kimberly J. Mueller recommending that this action be dismissed for plaintiff's failure to keep the court apprised of plaintiff's current address. However, this case was reassigned on July 3, 2007, to the undersigned. Therefore, the July 27, 2007 findings and recommendations are hereby vacated.

        Due to the recent return, by the postal service of court orders dated June 20, 2007, July 11, 2007 and August 6, 2007, which were served on plaintiff's address of record, it appears that plaintiff failed to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change. Accordingly, plaintiff is <u>ordered to show cause within 10 days</u> why this action should not be dismissed for plaintiff's failure to keep the court apprised of his current address.

/////

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The July 27, 2007 findings and recommendations are hereby vacated; and

2. The plaintiff is ordered to show cause within 10 days why this action should not be dismissed for plaintiff's failure to keep the court apprised of his current address.

DATED: August 22, 2007

Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation
