IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL E. POLK,

        Plaintiff,                    No. CIV S-07-0575 ALA P

   vs.

PLACER COUNTY SHERIFF, et al.,

        Defendants.         <u>ORDER</u>

            On June 20, 2007, July 11, 2007, and August 6, 2007, court documents served on Plaintiff's address of record where returned as undeliverable. On August 22, 2007, this court ordered Plaintiff to show cause within 10 days as to why this action should not be dismissed for Plaintiff's failure to keep the court apprised of his current address as required by Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997). On September 4, 2007 that document was also returned as undeliverable.

            Therefore, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: September 10, 2007

                                            <u>Arthur L. Alarcón</u>
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation